# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2021

## NO. 03-20-00048-CV

**Misty Trust and Jerry Hofrock, Appellants**

**v.**

**John Jellison, Appellee**

## APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
## DISMISSED AS MOOT-- OPINION BY JUSTICE TRIANA

This is an appeal from the order entered by the trial court on December 23, 2019. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.